# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| KARI EGBERS and STEPHANIE, WILLIAMS, <br><br> On behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SENIOR LIFE STYLE CORPORATION, <br><br> Defendant. | No. 1:16-cv-00732-MRB <br><br> Judge Michael A. Barrett |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the Parties' Joint Stipulation of Dismissal (Doc. 28), it is hereby ordered that the above captioned lawsuit is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　_s/*Michael R. Barrett*_
　　　　　　　　　　　　　　　　　　　United States District Judge